IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| GERALD D. BURTON, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:06CV298 |
| vs. : | |
| : | District Judge Susan J. Dlott |
| VALEO CLIMATE CONTROL USA | |
| DIVISION, et. al., : | |
| : | |
| Defendant(s). : | |

ORDER

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Timothy S. Black filed on January 11, 2007(Doc. 35), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired February 1, 2007, hereby ADOPTS said Report and Recommendations.

Accordingly, in light of the filing of Plaintiff's amended complaint, it is ORDERED that Defendants' Motion to Dismiss is TERMINATED as MOOT.  It is further ORDERED that individually named defendants Rodney Everson, James Smith, Steffon Rodgers, Dennis Clark, Kelly Dixon and Scott Dickerson are DISMISSED from this action.

IT IS SO ORDERED.

\_

      ___s/Susan J. Dlott_____
      Susan J. Dlott
      United States District Judge